FILED
NOV 19 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMBER BLAKE | 19 CR 871<br><br>Violations: Title 29, United States Code, Section 439(c)<br><br>MAGISTRATE JUDGE KIM<br><br>**Information** |

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this information:

    a. the International Association of Machinists' Local Lodge 124 ("Local Lodge 124") was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Section 402(i) and (j).

    b. Between on or about May 2014 through on or about December 2016, defendant AMBER BLAKE served as the Secretary-Treasurer of Local Lodge 124. As the Secretary-Treasurer of Local Lodge 124, BLAKE's responsibilities included writing and issuing approved checks, maintaining financial records, completing disbursement vouchers, and maintaining supporting documentation for expenses. BLAKE was not allowed to pay union officers, including herself, for work that was not actually performed or not properly approved for payment.

    c. On or about November 29, 2014, in the Northern District of Illinois, Eastern Division,

AMBER BLAKE

defendant herein, did willfully make and cause to be made a false entry in a book, record, report and statement required to be kept by Title 29, United States Code,

Section 436, in that defendant made a false entry in an International Association of Machinists' voucher form stating that defendant was entitled to payment for work on contract negotiations with her employer that she did not perform;

In violation of Title 29, United States Code, Section 439(c).

_____
UNITED STATES ATTORNEY